IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on October 31, 2003

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NO. |
| | : |
| | : Grand Jury Original |
| | : |
| v. | : VIOLATIONS: |
| | : |
| | : Wire Fraud |
| ROBERT FRANK MILLER, a/k/a | : (18 U.S.C. §1343) |
| ROBERT FRANKLIN MILLER, | : |
| | : Inducement to Travel in Interstate |
| | : Commerce in Execution of Scheme to |
| | : Defraud |
| | : (18 U.S.C. §2314) |
| | : |
| | : Aiding and Abetting and Causing an |
| Defendant. | : Act to Be Done |
| | : (18 U.S.C. §2) |

## INDICTMENT

The Grand Jury charges that:

### COUNTS ONE THROUGH NINE

### (Inducement to Travel in Interstate Commerce in Execution of a Scheme to Defraud)

INTRODUCTORY ALLEGATIONS

1. Defendant ROBERT FRANK MILLER, a/k/a ROBERT FRANKLIN MILLER, hereinafter referred to as "ROBERT FRANK MILLER" or "MILLER," operated and controlled American Funding and Investment Corporation ("AFIC"), a Delaware corporation promoting purported real estate investments. Defendant ROBERT FRANK MILLER also operated and

controlled American Legal Services ("ALS"), Greater Washington Legal Network, Inc., and Greater Washington Legal Services, all purporting to offer legal services.

2. Defendant ROBERT FRANK MILLER operated AFIC, ALS, Greater Washington Legal Network, Inc., and Greater Washington Legal Services, from locations including 1101 Pennsylvania Ave., N.W., Washington, D.C. ("the Evening Star Building"), 601 D. Street, N.W., Suite 900, Washington, D.C., 20004-2601, 111 South Calvert Street, Suite 2700, Baltimore, Maryland, and 1226 Armistead Way, Baltimore, Maryland 21205.  At times, the offices at the Evening Star Building served as defendant ROBERT FRANK MILLER'S de facto residence.  Defendant ROBERT FRANK MILLER, also controlled and used P.O. Box 12056, Baltimore, Maryland 21281 and P.O. Box 5109, Baltimore, Maryland 21224.

3. Defendant ROBERT FRANK MILLER, AFIC, ALS, Greater Washington Legal Network, Inc., and Greater Washington Legal Services, controlled bank accounts at Bank of America, N.A., Industrial Bank, N.A., Carrollton Bank, N.A., and Sun Trust Bank, N.A.

4. Individuals and entities known to the grand jury are referred to below by their initials as follows: RD, LH, ASR, DB, YW, JC, DM, BA, HW, CG, HC, CP, AW and DK (individuals) and HCG, JPC, CGI and DLC (entities).

SCHEME TO DEFRAUD

5. From on or about July 14, 2003, through on or about April 8, 2004, in the District of Columbia and elsewhere, defendant ROBERT FRANK MILLER and others, did devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

2

## PURPOSE OF THE SCHEME

6. The purpose of the scheme and artifice was for defendant ROBERT FRANK MILLER to fraudulently obtain moneys, funds and property from investors and prospective home buyers ("investors") for his own use and benefit and to further the scheme by various means, including false material pretenses, representations and promises that MILLER and AFIC: 1) had purchased or were in the process of purchasing properties; 2) were using investor funds for the purchase and rehabilitation of properties; 3) were earning profits on behalf of investors; and 4) were obtaining and could obtain mortgages for investors with poor credit ratings.

## MANNER AND MEANS

7. It was part of the scheme and artifice that defendant ROBERT FRANK MILLER and others solicited and obtained moneys, funds and property from investors by making materially false, fraudulent and misleading pretenses, representations and promises, including, among other things, that:

(a) MILLER and AFIC had purchased or were in the process of purchasing groups of properties in and around Baltimore, Maryland and Atlanta, Georgia;

(b) MILLER and AFIC were authorized to collect rent payments from tenants living in properties in and around Baltimore, Maryland and Atlanta, Georgia;

(c) investors' funds would be used to purchase and improve properties that would then be resold within a short period of time for enormous profits;

(d) MILLER and AFIC would obtain mortgages for tenants then living in the properties so that they could become owners of the properties;

(e) MILLER and AFIC would match the investors' funds dollar for dollar;

(f) investors' funds would be placed in a "hard money lender pool" that generated enormous profits;

(g) investors' funds would be placed into an escrow account until their use for the purchase or improvement of investment properties;

(h) the investment programs offered by MILLER and AFIC would generate a guaranteed profit of 15 to 100 percent payable every 90 days;

(i) AFIC maintained personnel and staffed offices in New York, New York, Los Angeles, California, Atlanta, Georgia, and Las Vegas, Nevada;

(j) MILLER was an attorney at law;

(k) MILLER ran the largest foreclosure company in the Virginia, Maryland and District of Columbia areas;

(l) MILLER and AFIC would obtain mortgages for people with poor credit ratings or who otherwise had difficulty obtaining conventional financing to purchase residences;

(m) AFIC owned a mortgage company;

(n) Miller and AFIC owned a bank;

(o) AFIC could and did qualify individuals for mortgage loans;

(p) AFIC made residential and commercial loans and jumbo mortgages to affiliated banks and mortgage companies; and

(q) AFIC was partnered and affiliated with hundreds of leading financial institutions and government agencies.

8. It was further part of the scheme and artifice that defendant ROBERT FRANK MILLER did not place investors' money as represented, and instead diverted their funds (a) for his own use

and benefit; (b) to make rent payments for office space that was used to promote the investment programs and as MILLER's de facto residence; (c) to purchase advertising space in the Washington Post and Baltimore Sun soliciting additional investors; (d) to pay for general office expenses; (e) to pay salaries of AFIC employees who primarily ran personal errands for MILLER; and (f) to make lulling payments to investors to create the illusion that the investment programs were actually producing profits.

9. It was further part of the scheme and artifice that defendant ROBERT FRANK MILLER recruited individuals as agents and employees to solicit and induce potential investors to place money with defendant MILLER and AFIC purportedly for real estate investments and for mortgages;

10. It was further part of the scheme and artifice that defendant ROBERT FRANK MILLER made the investment programs appear legitimate, safe and secure by, among other things, giving investors documents entitled "Partnership Agreement" and "Promissory Note."

11. It was further part of the scheme and artifice that defendant ROBERT FRANK MILLER concealed his fraud and prevented investors from discovering the true use of their funds by, among other ways:

(a) falsely reassuring investors that their funds had been safely invested and were earning the promised returns, and that they would be paid soon;

(b) encouraging investors not to seek an immediate return of funds but to "roll over" their investments and thereby purportedly earn even greater profits;

(c) falsely representing to investors that the profits were currently "tied up," that settlement and remodeling delays were occurring, and that various other complications temporarily prevented the return of investors' funds, but that nonetheless, the money would be forthcoming shortly; and

(d) falsely representing to investors that they qualified for mortgages and would be able to purchase homes.

12. It was further part of the scheme and artifice that defendant ROBERT FRANK MILLER failed and refused to return money to investors, thereby causing them economic harm and losses of, in some cases, all or substantially all of their money.

13. It was further part of the scheme and artifice that, based on the materially false, fraudulent and misleading representations, defendant ROBERT FRANK MILLER, AFIC and ALS obtained over $400,000 in funds from investors, including the following:

| Investor | Approx. Date(s) | Amount of Payment(s) |
|---|---|---|
| YW | 9/11/03 | $5,000 |
| AW | 11/26/03 | $1,000 |
| JC/JPC | 11/28/03 | $25,000 |
| AW | 12/15/03 | $1,000 |
| LH/HCG | 12/16/03 | $15,000 |
| DM | 12/30/03 | $5,000 |
| BA | 12/30/03 | $3,000 |
| HW | 1/5/04 | $2,000 |
| ASR | 1/9/04 | $15,000 |
| AW | 1/10/04 | $1,000 |
| RD | 1/13/04 | $100,000 |
| LH/HCG | 1/13/04 | $5,000 |
| LH/HCG | 1/22/04 | $10,000 |
| LH/HCG | 1/26/04 | $10,000 |
| RD | 2/17/04 | $43,000 |

| CP | 2/27/04 | $4,000 |
| DK | 3/1/04 | $40,000 |
| DB | 3/3/04 | $60,000 |
| AW | 3/6/04 | $1,500 |
| CG/CGI | 3/13/04 | $40,000 |
| CP | 3/22/04 | $3,200 |
| HC/DLC | 4/2/04 | $74,000 |

14. On or about the dates listed for each count below, in the District of Columbia and elsewhere, the defendant ROBERT FRANK MILLER, having devised and intended to devise the aforesaid scheme and artifice to defraud, and for obtaining moneys, funds and property by means of materially false and fraudulent pretenses, representations and promises, did cause and induce persons to travel and be transported in interstate commerce in the execution and concealment of the aforesaid scheme and artifice to defraud such persons of property having a value of $5,000 or more as specified below:

| Count | Approx. Date | Person/Entity | From/To | Property |
|---|---|---|---|---|
| 1 | 11/28/03 | JC/JPC | Vienna, VA to 1101 Pennsylvania Ave., N.W., Washington, D.C. | Check No. 502 for $25,000 payable to American Legal Services |
| 2 | 12/16/03 | LH/HCG | Mitchellville, MD to 1101 Pennsylvania Ave., N.W., Washington, D.C. | Check No. 1005 for $15,000 payable to Robert Miller |
| 3 | 12/30/03 | DM | Prince Georges County, Maryland to 1101 Pennsylvania Ave., N.W., Washington, D.C. | Check No. 2735 for $5,000 payable to Robert Miller |

| 4 | 1/9/04 | ASR | Ashburn, VA to 1101 Pennsylvania Ave., N.W., Washington, D.C. | Check No. 566 for $15,000 payable to American Funding & Investment Corp. |
| 5 | 1/13/04 | RD | Manassas, VA to 1101 Pennsylvania Ave., N.W., Washington, D.C. | Check No. 402 for $100,000 payable to American Funding Investment |
| 6 | 1/13/04 | LH/HCG | Mitchellville, MD to 1101 Pennsylvania Ave., N.W., Washington, D.C. | Check No. 1006 for $5,000 payable to Robert Miller |
| 7 | 1/22/04 | LH/HCG | Mitchellville, MD to 1101 Pennsylvania Ave., N.W., Washington, D.C. | Check No. 1007 for $10,000 payable to Robert Miller |
| 8 | 1/26/04 | LH/HCG | Mitchellville, MD to 1101 Pennsylvania Ave., N.W., Washington, D.C. | Check No. 1008 for $10,000 payable to Robert Miller |
| 9 | 3/3/04 | DB | Rockville, MD to 1101 Pennsylvania Ave., N.W., Washington, D.C. | Check No. 220-090972 payable to DB |

**(Inducement to Travel in Execution of a Scheme to Defraud, Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 2314 and 2)**

<u>Counts 10-11</u>

(Wire Fraud)

15.  The grand jury repeats and re-alleges the allegations contained in paragraphs 1 through 13 as though set forth in full in these counts.

16.  On or about the dates listed for each count below, in the District of Columbia and elsewhere, for the purpose of executing the aforementioned scheme and artifice and attempting to

do so, defendant ROBERT FRANK MILLER did knowingly cause to be transmitted by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, and sounds specified below:

| Count | Approx. Date | Origin | Destination | Description |
|---|---|---|---|---|
| 10 | 03/30/04 | R. Miller, American Funding and Investment Corporation, 1101 Pennsylvania Avenue, N.W., Washington, D.C. | HC, Luray, VA 540-631-0252 | Cover Sheet and Partnership Agreement |
| 11 | 04/02/04 | American Funding and Investment Corporation, 1101 Pennsylvania Avenue, N.W., Washington, D.C. | HC, Luray, VA 540-631-0252 | Cover Sheet, Quotation and Promissory Note |

**(Wire Fraud, Aiding and Abetting, Causing an Act to be Done, in violation of Title 18, United States Code, Sections 1343 and 2.)**

A TRUE BILL.

FOREPERSON

ATTORNEY FOR THE UNITED STATES
AND FOR THE DISTRICT OF COLUMBIA

9